UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL BAUMGARTNER<br>　　　Plaintiff,<br><br>vs.<br><br>EMERALD AR SYSTEMS<br>and DOES 1-10, inclusive,<br>　　　Defendant, | Civil Action No.<br><br>1:12-cv-0818(FJS/RFT) |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiff hereby voluntarily dismisses this action without prejudice and each party to bear their own costs and attorney fees.

Dated: November 2, 2012

　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED:

　　　　　　　　　　　　　　　　　　　s/Kevin J. Buckley, Jr., Esq.
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　NYDN Bar # 516784
　　　　　　　　　　　　　　　　　　　Consumer Rights Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　300Brckstone Square, Suite 902
　　　　　　　　　　　　　　　　　　　Andover, MA 01810
　　　　　　　　　　　　　　　　　　　Telephone: (978) 212-3300
　　　　　　　　　　　　　　　　　　　Facsimile: (888) 712-4458
　　　　　　　　　　　　　　　　　　　attorneykevinb@consumerlawfirmcenter.com

### PROOF OF SERVICE

I hereby certify that on November 2, 2012, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system. Parties not on the electronic filing system will receive notice by email.

　　　　　　　　　　　　　　　　　　　/s/ Kevin J. Buckley, Jr.

SO ORDERED

_____
FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

11/5/12